

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JUAN GILBERT, | | No. 08-11-00359-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 372nd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC # 1002470D) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2013.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rivera, and Rodriguez, JJ.



COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN GILBERT, | § | No. 08-11-00359-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 372nd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC # 1002470D) |
| | § | |

**RECORD RETENTION STATEMENT:**

Pursuant to the Supreme Court order regarding disposition of court documents in this case, it is determined that this record should be:

__x__       NOT PERMANENTLY PRESERVED
             (NO HISTORICAL VALUE)

_____       PERMANENTLY PRESERVED
             (PERMANENTLY RETAIN--HAS HISTORICAL VALUE)

_____       PERMANENTLY RETAINED CRIMINAL CASE
             (sentence over 20 years)


_____    ___3/28/13_____
Judge's Signature                                 Date

Date Destroyed: _____ per Order dated _____



COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JUAN GILBERT, | § | No. 08-11-00359-CR |
| Appellant, | § | Appeal from |
| v. | § | 372nd District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC # 1002470D) |
|  | § |  |

## **O R D E R**

On this the 28th day of March, 2013, came on to be heard Kimberly Campbell's motion to withdraw. Having determined that counsel has met the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied,* 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967) and Tex.R.App.P. 6.5, we grant the motion to withdraw on the following terms and conditions:

Counsel is directed to (1) forward to Appellant this order and the Court''s opinion and judgment issued this same day in this cause; (2) notify Appellant of the availability of discretionary review; and (3) notify Appellant of the appellate deadlines applicable to discretionary review.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2013.

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.